UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
ROBERT BARBERA,

              Plaintiff,

    - against -

TESSA HILTON

              Defendant.
---------------------------------------------------------------- x

Docket No. 1:19-cv-8417 (JGK)

[PROPOSED] REVISED
SCHEDULING ORDER

JOHN G. KOELTL, District Judge:

The Court hereby revises its November 15, 2019 Civil Scheduling Order (Doc. No. 13) as follows: *Defendant's time to respond to the Complaint extended to 1/24/20*

**Pleadings and Parties**: Except for good cause shown:

1. No additional parties may be joined or cause of action asserted after February 14, 2020.

2. No additional defenses may be asserted after March 6, 2020.

All other deadlines set forth in the Court's November 15, 2019 Civil Scheduling Order shall remain in effect.

**SO ORDERED**

Dated: New York, New York

      12/13/19.

_____
JOHN G. KOELTL
UNITED STATE DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12-13-19