

January 27, 2020

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     ***Barbera v. Hilton et al. (1:19-cv-8417-JGK)***

Dear Judge Koeltl,

We represent Plaintiff, Robert Barbera, in the above in-captioned case. The parties have reached a settlement in principle and respectfully request that this Court administratively dismiss the action with leave to reopen the case within 30 days if the parties have not submitted their final stipulation of dismissal by such time.

The Court's consideration is much appreciated.

                                                Respectfully submitted,

                                                /s/Richard Liebowitz
                                                Richard P. Liebowitz

                                                *Counsel for Plaintiff Robert Barbera*

