UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT BARBERA,

        Plaintiff,

against

TESSA HILTON and 1 MODEL MANAGEMENT, LLC,

        Defendant.

CIVIL ACTION NO.: 19 Civ. 8417 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

In light of the parties' notice of settlement (ECF No. 22), the settlement conference scheduled for today, January 28, 2020 at 10:00 am is canceled.

Dated:    New York, New York
           January 28, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**